

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

ome    Contact Us    E-Filing Services    Document Searches    Forms    Help

**Previous on List**    **Next on List**    **Return To List**
No Events    No Name History

Entity Name Search

# etail by Entity Name

## orida Profit Corporation

AVA WORKS INC.

## ling Information

| | |
|---|---|
| ocument Number | P06000070263 |
| El Number | NONE |
| ate Filed | 05/18/2006 |
| ate | FL |
| atus | ACTIVE |
| fective Date | NONE |

## incipal Address

10 NORTH MIAMI AVENUE
AMI FL 33127 US

## ailing Address

10 NORTH MIAMI AVENUE
AMI FL 33127 US

## egistered Agent Name & Address

VENDER, KYLE
3 WESTBAY DRIVE
5
RGO FL 33770 US

## fficer/Director Detail

me & Address

e P,D

EICHER, PHIL
10 NORTH MIAMI AVENUE
AMI FL 33127 US

e VP,D

LEY, DEKENRIC
10 NORTH MIAMI AVENUE
AMI FL 33127 US

## nnual Reports

Annual Reports Filed



EXHIBIT
6



EXHIBIT
ComP
H
All reports

ITEM 9

# MIAMI POLICE DEPARTMENT

INCIDENT NUMBER: 2 7 9 2 3 4

| 1 REPORT SIGNAL | 2 INC. DATE | TIME | 3 DAY | 4 LOCATION OF INCIDENT | APT. # |
|---|---|---|---|---|---|
| 28 | 9-20-06 | 1621 | Thurs | 503 NE 27 St | |

| 4 DATE OF DISPATCH | 5 TIME DISP. | 6 ON SCENE | 7 IN SERVICE | 8 UNIT # |
|---|---|---|---|---|
| 9-21-06 | 1559 | 1614 | 1830 | 424 |

| 9 PIN # | 10 PIN # | REVIEWED BY | 11 OFFICER ASSAULTED |
|---|---|---|---|
| 27070 | Ali | 0259 / M. Sanchez | YES / NO |

| 12 TYPE OF OFFENSE/INCIDENT | 13 COPY TO | 14 CROSS REF INC. # | 15 INV. PIN # | 16 24 DESK PIN # | 17 INC |
|---|---|---|---|---|---|
| Vandalism | | | | | |

| 18 ATTEMPTED | — V1 — V2 V3 | 19 FORCED ENTRY (structure only) | 20 NO. OF STRUCTURES ENTERED |
|---|---|---|---|
| COMMITTED | — V1 ✓ V2 V3 | ☐ YES ✓ NO   N/A | O |

| 21 STATUTE #1 | 22 STATUTE #2 | 23 STATUTE #3 |
|---|---|---|
| 806-11(B) | | |

**24 LOCATION TYPE**

- 6 GAS STATION
- 7 LIQUOR SALES
- 8 BAR/NIGHTCLUB
- 9 SUPERMARKET
- 10 DEPT/DISCOUNT STORE
- 11 SPECIALTY STORE
- 12 DRUG STORE/HOSPITAL
- 13 BANK/FINANCIAL INST.
- 14 COMMERCIAL OFFICE BLDG.
- 15 INDUSTRIAL/MFG
- 16 STORAGE
- 17 GOVT/PUBLIC BLDG.
- 18 SCHOOL/UNIVERSITY
- 19 JAIL/PRISON
- 20 RELIGIOUS BLDG.
- 21 AIRPORT
- 22 BUS/RAIL TERMINAL
- 23 CONSTRUCTION SITE
- 24 OTHER STRUCTURE
- 25 PARK LOT/GARAGE
- 26 HIGHWAY/ROADWAY
- 27 PARK/FIELD WOODLANDS
- 28 LAKE/WATERWAY
- 29 MOTOR VEHICLE
- 30 OTHER MOBILE
- 99 OTHER KNOWN
- 1 RESIDENCE—SINGLE
- 2 APARTMENT/CONDO
- 3 RESIDENCE—OTHER
- 4 HOTEL/MOTEL
- 5 CONVENIENCE STORE

HIV CO REFUGEE RELATED
☐ HATE CRIME
☐ MEDICAL RELATED
☐ DOMESTIC VIOLENCE
☐ TOURIST CRIME
☐ DISASTER RELATED
☐ MDT HIT
☐ GANG RELATED
☐ CIVIL DISTURBANCE

**VICTIM TYPE**

| | JUVENILE | ENFORCEMENT | ADULT | BUSINESS | GOVERNMENT | CHURCH | OTHER |
|---|---|---|---|---|---|---|---|
| VICTIM #1 | 1 | 2 | ● 3 | 4 | 5 | 6 | 9 |
| VICTIM #2 | 1 | 2 | 3 | 4 | 5 | 6 | 9 |
| VICTIM #3 | 1 | 2 | 3 | 4 | 5 | 6 | 9 |

**WILL VICTIM PROSECUTE?**
- ● YES ☐ NO
- ☐ YES ☐ NO
- ☐ YES ☐ NO

2 TOTAL NUMBER OF VICTIMS: 01

**3 VICTIM'S RELATIONSHIP TO OFFENDER**

| | N/A | UNDETER MINED | STRANGER | SPOUSE | EX SPOUSE | CO HABITANT | PARENT | BROTHER SISTER | CHILD | STEP PARENT | STEP CHILD | IN-LAW | OTHER FAMILY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VICTIM #1 | 00 | 01 | ●02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 |
| VICTIM #2 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 |
| VICTIM #3 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 |

| | STUDENT | TEACHER | CHILD OF BF/GF/FRIEND | BOY/GIRL FRIEND | FRIEND | NEIGHBOR | DAY CARE | EM-PLOYEE | EM-PLOYER | LAND-LORD/TENANT | ACQUAIN-TANCE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VICTIM #1 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 99 |
| VICTIM #2 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 99 |
| VICTIM #3 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 99 |

## PERSON #1

| 1 VICT. P.R. WITN. | 2 LAST NAME, FIRST, MIDDLE / BUSINESS | VICTIM OF DOMESTIC VIOLENCE? | VIC PAMPHLET GIVEN | DV PAMPHLET GIVEN | 3 A/J | 4 R/S | 5 DOB/AGE |
|---|---|---|---|---|---|---|---|
| | Ratchford Renol LAMac | Y N | Y N | Y N | A | B/M | 11-5-75 |

| 6 SS# | 7 RESIDENCE ADDRESS | APT. # | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| 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 | 503 NE 27 St | | Miami | FL | 33137 | USA |

| 8 VICTIM OF STATUTE 1 2 3 | 8 RESIDENCE STATUS | 00 N/A ✓ FULL YEAR | 02 PART YEAR 03 NON-RESIDENT | 9A RESIDENCE TYPE | 00 N/A 01 CITY | 02 COUNTY 03 FLORIDA | 04 OUT OF STATE |
|---|---|---|---|---|---|---|---|

| 10 BUSINESS ADDRESS / SCHOOL / CITY / ZIP | 11 DAY/TIME AVAIL. Any | 12 OCCUPATION/TITLE Manager | 13 RES. PHONE (786) 512-7515 | 14 BUS. PHONE ( ) |
|---|---|---|---|---|

## PERSON #2

| 1 VICT. P.R. WITN. | 2 LAST NAME, FIRST, MIDDLE / BUSINESS | VICTIM OF DOMESTIC VIOLENCE? | VIC PAMPHLET GIVEN | DV PAMPHLET GIVEN | 3 A/J | 4 R/S | 5 DOB/AGE |
|---|---|---|---|---|---|---|---|
| | | Y N | Y N | Y N | | | |

## PERSON #3

| 1 VICT. P.R. WITN. | 2 LAST NAME, FIRST, MIDDLE / BUSINESS | VICTIM OF DOMESTIC VIOLENCE? | VIC PAMPHLET GIVEN | DV PAMPHLET GIVEN | 3 A/J | 4 R/S | 5 DOB/AGE |
|---|---|---|---|---|---|---|---|
| | | Y N | Y N | Y N | | | |

**INJURY**

| 1 EXTENT OF INJURY | NONE | MINOR | SERIOUS | FATAL | 2 LOCATION ON BODY | 3 HOSPITAL/CLINIC | SQUAD # |
|---|---|---|---|---|---|---|---|
| VICTIM #1 | ●0 | 1 | 2 | 3 | VI. #1 | VI. #1 | |
| VICTIM #2 | 0 | 1 | 2 | 3 | VI. #2 | VI. #2 | |
| VICTIM #3 | 0 | 1 | 2 | 3 | VI. #3 | VI. #3 | |

| 2 INJURY TYPE | N/A | GUNSHOT | STABBED | LACERATION | UN-CONCIOUS | POSS. BROKEN BONES | POSS. INTERNAL INJURY | LOSS OF TEETH | BURNS | ABRASIONS/ BRUISES | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VICTIM #1 | ●00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 99 |
| VICTIM #2 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 99 |
| VICTIM #3 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 99 |

**WITNESS**

| #1 1 PERSON INTERVIEWED | 2 A/J | 3 AGE | 4 RES. ADDRESS CITY APT. # | 5 BUS. ADDRESS | RES. PHONE ( ) |
|---|---|---|---|---|---|
| | | | | | BUS. PHONE ( ) |

| #2 1 PERSON INTERVIEWED | 2 A/J | 3 AGE | 4 RES. ADDRESS CITY APT. # | 5 BUS. ADDRESS | RES. PHONE ( ) |
|---|---|---|---|---|---|
| | | | | | BUS. PHONE ( ) |

PLEASE DO NOT WRITE IN THIS AREA

416820

**EXHIBIT**
COMP H
Ali reports

| 1 LAST NAME, FIRST, MIDDLE | 2 RESIDENCE ADDRESS | APT. # | CITY | ZIP CODE | 3 RES. PHONE | 4 BUS. PHONE |
|---|---|---|---|---|---|---|
| Anthony Michael Angelo 5846 7 Av | Washington DC 20011 | | | 202 5846342 | | |

| 5 BUSINESS ADDRESS | CITY | ZIP CODE | 6 USUAL OCCUPATION | 7 INJURED | 8 CITIZENSHIP |
|---|---|---|---|---|---|
| | | | | YES ☒ NO ☐ FATAL ☐ | USA |

| 9 NICKNAME | 10 A/J | 11 DOB/AGE | 12 RACE/SEX | 13 HGT. | 14 WGT. | 15 EYE COLOR | 16 HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | J | 04-05-86 | B/M | 57 | 142 | Brn | Blk |

**17 CLOTHING, JEWELRY, MANNERISMS, CHARACTERISTICS:** Jean Shorts Blue Shirt

**18 SCARS, MARKS, TATTOOS, DEFORMITIES; DESCRIBE & LOCATION OF BODY**

---

| 1 LAST NAME, FIRST, MIDDLE | 2 RESIDENCE ADDRESS | APT. # | CITY | ZIP CODE | 3 RES. PHONE | 4 BUS. PHONE |
|---|---|---|---|---|---|---|

| 5 BUSINESS ADDRESS | CITY | ZIP CODE | 6 USUAL OCCUPATION | 7 INJURED | 8 CITIZENSHIP |
|---|---|---|---|---|---|
| | | | | YES ☐ NO ☐ FATAL ☐ | |

| 9 NICKNAME | 10 A/J | 11 DOB/AGE | 12 RACE/SEX | 13 HGT. | 14 WGT. | 15 EYE COLOR | 16 HAIR COLOR |
|---|---|---|---|---|---|---|---|

**17 CLOTHING, JEWELRY, MANNERISMS, CHARACTERISTICS**

**18 SCARS, MARKS, TATTOOS, DEFORMITIES; DESCRIBE & LOCATION OF BODY**

---

| 1 HAIR LENGTH | 2 HAIR STYLE | 3 FACIAL HAIR | 4 COMPLEXION | 5 TEETH | 6 APP/DEMEANOR | 7 SPEECH | 8 R/L HANDED |
|---|---|---|---|---|---|---|---|
| 1 - LONG | 1 - AFRONATURAL | 1 - CLEAN-SHAVEN | 1 - LIGHT | 1 - BROKEN | 1 - DIRTY | 1 - ACCENT | 1 - RIGHT |
| 2 - MEDIUM | 2 - BRAIDED | 2 - FULL BEARD | 2 - MEDIUM | 2 - BUCK TEETH | 2 - FLASHY | 2 - RAPID | 2 - LEFT |
| 3 - SHORT | 3 - BUSHY | 3 - FU MANCHU | 3 - DARK | 3 - DECAYED | 3 - NEAT | 3 - SLOW | 3 - UNKNOWN |
| 4 - RECEDING | 4 - DIRTY/GREASY | 4 - FUZZ | 4 - RUDDY | 4 - DIRTY | 4 - ANGRY | 4 - LOUD | |
| 5 - BALDING | 5 - DREADLOCKS | 5 - GOATEE | 5 - TANNED | 5 - GOLD | 5 - CALM | 5 - SOFT | |
| 6 - BALD | 6 - PROCESSED | 6 - LOWER LIP | 6 - MULATTO | 6 - GOLD LINED | 6 - COCKY | 6 - LISPS | |
| | 7 - STYLED | 7 - MUSTACHE | 7 - ALBINO | 7 - GOLD DESIGN | 7 - DRUNK | 7 - NASAL | 9 BUILD |
| | 8 - UNCOMBED | 8 - SIDEBURNS | 8 - ACNE | 8 - MISSING | 8 - NERVOUS | 8 - RASPY | 1 - LIGHT |
| | 9 - WAVY/CURLY | 9 - UNSHAVEN | 9 - FRECKLED | 9 - VERY WHITE | 9 - VIOLENT | 9 - STUTTER | 2 - MEDIUM |
| | 0 - OTHER | 0 - OTHER | 0 - OTHER | 0 - OTHER | 0 - OTHER | 0 - OTHER | 3 - HEAVY |

| 1 MISSING PERSON CODE | 2 TYPE MISSING | 3 RECOVERY INFORMATION |
|---|---|---|
| 1 - MISSING | 1 - RUNAWAY  1 - ENDANGERED | 0 - N/A  6 - RETURNED TO |
| 3 - MISSING AND RECOVERED | 2 - PARENTAL  2 - DISASTER VICTIM | 1 - VOLUNTARY  PARENT/GUARDIAN |
| | 3 - INVOLUNTARY  3 - VOLUNTARY ADULT | 2 - LOCATED—NOT  7 - DECEASED |
| 4 FOUL PLAY SUSPECTED? | 4 - DISABLED  4 - UNKNOWN | RETURNED  8 - OTHER |
| 1 - YES | 5 PERSON MISSING PREVIOUSLY? | 3 - HOSPITALIZED |
| 2 - NO | 1 - YES | 4 - HRS CUSTODY |
| | 2 - NO | 5 - LAW ENFORCEMENT |
| | 3 - UNKNOWN | CUSTODY |

| 1 VEHICLE CODES | 2 VEHICLE/VESSEL TYPE |
|---|---|
| S STOLEN  X SEIZED  F FAILED TO RETURN | 1 AUTO  4 CAMPER/RV  7 BOAT |
| A ABANDONED  R REC'VD FOR OTHER AGENCY  M MPD STOLEN AND/OR RECV'D | 2 TRUCK/VAN  5 BUS  8 AIRCRAFT |
| I IMPOUNDED  H RETURNED TO OWNER  O OTHER (ARSON/DAMAGE) | 3 MOTORCYCLE  6 TRAILER  9 OTHER |
| U USED IN CRIME  V VICTIM/LARC OR ATT-ATT 22 (IF DAMAGED, USE "O"). | |

| 3 VIN # | HULL # | 4 DECAL # | 5 HOW WAS VIN/HULL ACQUIRED? |
|---|---|---|---|

| 6 MAKE | 7 MODEL | 8 YR. | 9 BODY STYLE | 10 LIC. #/TAG #/VESSEL REG. | 11 YR. | 12 STATE |
|---|---|---|---|---|---|---|

**13 VEHICLE COLOR — COLOR RANGE**

| TOP | BOTTOM | TOP | BOTTOM |
|---|---|---|---|
| 1 | 1 BLACK | 10 | 10 RED/MAROON |
| 2 | 2 DARK BLUE | 11 | 11 PINK |
| 3 | 3 LT. BLUE/AQUA/TURQUOISE | 12 | 12 BEIGE/TAN |
| 4 | 4 DARK BROWN | 13 | 13 WHITE |
| 5 | 5 LT. BROWN/BRONZE/COPPER | 14 | 14 YELLOW |
| 6 | 6 PURPLE | 15 | 15 ORANGE/GOLD |
| 7 | 7 DARK GREEN | 99 | 99 OTHER/UNKNOWN |
| 8 | 8 LT. GREEN/LIME/OLIVE | | |
| 9 | 9 GRAY/SILVER | | |

**14 SPECIAL VEHICLE FEATURES — CODE FEATURE**

1 LEVEL ALTERED  10 DAMAGE TO REAR
2 STICKER/DECAL ON BODY/BUMPER  11 DAMAGE TO SIDE
3 STICKER/DECAL ON WINDOW  12 BODY PART(S) DIFFERENT COLORS
4 RUST OR PRIMER SPOTS  13 VINYL TOP
5 PAINTED INSCRIPTION ON BODY  14 EXTRA ANTENNA(S) OR MIRROR
6 DECORATIVE PAINT  15 SPECIAL RIMS/TIRES
7 MISSING PARTS  16 LOUD MUFFLER
8 WINDOW BROKEN  99 OTHER/DESCRIBE BELOW
9 DAMAGE TO FRONT

**TOTAL # OF VEHICLES**

**15 ADDITIONAL DESCRIPTION**

**16 TAG COMES BACK TO: NAME, ADDRESS, STATE, ETC.**

| 17 DOORS LOCKED? | 18 WINDOWS CLOSED? | 19 KEY IN IGNITION? | 20 FINANCED BY | 21 DATE OF LAST PAYMENT | 22 INSURANCE COMPANY |
|---|---|---|---|---|---|
| YES  NO | YES  NO | YES  NO | | | |

| 23 PERSON LAST DRIVING VEH. | 24 R/S | 25 DOB/AGE | 26 RESIDENCE ADDRESS  (ZIP)  PHONE | 27 BUSINESS ADDRESS  (ZIP)  PHONE |
|---|---|---|---|---|

**28 LOCATION OF RECOVERY OF M.V.**

| 29 RECOVERY MILEAGE | 30 STRIPPED? | 31 DISPOSITION OF VEHICLE |
|---|---|---|
| | YES  NO | TOWED  OWNER |

| 32 CONDITION | G GOOD  P POOR  F FAIR  S STRIPPED | 33 VEHICLE TOWED BY/WHEERE? | 34 IF OOT RECOVERY — MSG. # | AUTHORITY |
|---|---|---|---|---|

| 1 ID REQUESTED? | YES ☒ NO | 2 SCENE PROCESSED? | YES ☐ NO | 3 WAS PHYSICAL EVIDENCE OBTAINED FROM THE SCENE? | YES ☐ NO |
|---|---|---|---|---|---|
| 4 LATENTS | YES  NO | 6 EVIDENCE TO PROPERTY UNIT | YES | 7 ID TECHNICIAN  PIN #  UNIT # | 8 FIRST OFFICER ON SCENE  Velasquez  PIN #  UNIT # 07300  4224 |
| 5 PHOTOS | YES  NO | | YES | | |

**DRUG ACTIVITY**

| | | | |
|---|---|---|---|
| N N/A | K DISPENSE/DISTRIBUTE | S SELL | |
| B BUY | M MANUFACTURE/PRODUCE/CULTIVATE | T TRAFFIC | |
| D DELIVER | P POSSESS | U UNKNOWN | |
| E USE | Z SMUGGLE | Z OTHER | |

**DRUG TYPE**

| | | |
|---|---|---|
| N N/A | H HEROIN | P PARAPHERNALIA EQUIPMENT |
| A AMPHETAMINE | H HALLUCINOGEN | S SYNTHETIC |
| B BARBITURATE | M MARIJUANA | U UNKNOWN |
| C COCAINE | O OPIUM/DERIVATIVE | Z OTHER |

## CRIMES AGAINST PROPERTY M.O.

| 1 ENTRY | | EXIT |
|---|---|---|
| 10 | FRONT | .10 |
| 20 | REAR | .20 |
| 30 | SIDE | .30 |
| (1) | DOOR | (1) |
| (2) | WINDOW | (2) |
| (3) | SLIDING DOOR | (3) |
| (4) | DUCT/VENT | (4) |
| (5) | ADJ. BUILDING | (5) |
| (6) | ROOF | (6) |
| (7) | WALL | (7) |
| (8) | GARAGE DOOR | (8) |
| (9) | OTHER/UNKNOWN | (9) |

**2 PROPERTY TARGETS**
- (1) BUSINESS MACHINES
- (2) BEER/LIQUOR
- (3) CIGARETTES
- (4) CKS/CHECK MACHINES
- (5) CLOTHING
- (6) ELECTRONICS
- (7) FIREARMS
- (8) FOOD
- (9) JEWELRY
- (10) TOOLS
- (99) OTHERS

**3 METHOD OF BREAKING**
- (1) BREAK/CUT GLASS
- (2) BREAK/REMOVE DOOR PANEL
- (3) CUT/BREAK LOCK
- (4) CHOP/SMASH
- (5) CUT/BREAK SCREEN
- (6) HID IN BUILDING
- (7) KICK/PUSH
- (8) PICK LOCK
- (9) PRY/JIMMY
- (10) REMOVE JALOUSIE
- (11) REMOVE AIR COND./FAN
- (12) REMOVE WINDOW/DOOR
- (13) SMASH GLASS—TAKE MERCHANDISE
- (14) UNLOCKED/NO FORCE
- (99) OTHER

**4 INSTRUMENT USED**
- (1) BOLT CUTTER
- (2) BRICK/ROCK
- (3) CHANNEL LOCKS/ VISE GRIPS
- (4) CHOPPING TOOL
- (5) CUTTING TOOL
- (6) CUTTING TORCH
- (7) FEET
- (8) HAMMER
- (9) KEY
- (10) PRYING TOOL
- (11) SAW/DRILL
- (12) SCREWDRIVER
- (13) TAPE
- (14) VEHICLE
- (99) OTHER

**5 PREMISES SECURED**

DATE:

TIME:

**6 TYPE OF PROTECTION**
- (1) LOCKS
- (2) BARS
- (3) SILENT ALARM
- (4) AUDIBLE ALARM
- (5) LISTENING DEVICE
- (6) MOTION DETECTOR
- (9) OTHER

**7 BURGLARY ELEMENTS**
- (1) ALARM INOPERATIVE
- (2) BURGLARIZED DURING LAST 12 MONTHS
- (3) ADMITTED STRANGER OR TRADESMAN DURING PAST 7 DAYS (RES. BURGLARY)
- (4) TELEPHONE SURVEY, UNUSUAL CALLS, WRONG NUMBER, HANG-UPS DURING PAST 7 DAYS
- (5) TENTED, UNDER CONSTRUCTION
- (6) SAFE OPENED/ATTEMPTED
- (9) OTHER

**7 BURGLARY ELEMENTS**
- (1) ATE/DRANK ON PREMISES
- (2) BROKE INTO COIN OPERATED MACHINE
- (3) BURGLARY NOT COMPLETED
- (4) DEFEATED/ATTEMPTED TO DEFEAT ALARM
- (5) DEFECATED
- (6) DISTRACTED VICTIM
- (7) IMPERSONATION
- (8) KNEW LOCATION OF HIDDEN CASH
- (9) LEFT TOOLS ON SCENE
- (10) MALICIOUS DESTRUCTION
- (11) NEATLY SEARCHED
- (12) PIGEON DROP
- (13) RANSACKED ENTIRELY
- (14) RANSACKED PORTION
- (15) REMOVE PRINTS/WORE GLOVES
- (16) TRICKERY
- (17) TRIPPED ALARM AND RETURNED LATER
- (18) TURNED LIGHTS OFF—ON
- (19) USED TOOLS FOUND AT THE SCENE
- (99) OTHER

**9 CRIME SCENE INFO.**

ID REQUESTED?
- ( ) YES    ( ) NO
IF NO EXPLAIN WHY
- (1) SCENE WET
- (2) ALREADY CLEANED BY VICTIM
- (3) SURFACE NOT CONDUCTIVE TO PRINTS
- (4) CONTAMINATION EXPLAIN IN NARR.

**10 VICTIM WAS**
- (1) HOME      (3) VACATION
- (2) WORK      (4) GONE

## CRIMES AGAINST PERSONS M.O.

**1 TELEPHONE**
- (1) CALLED VICTIM (BEFORE/AFTER)
- (2) PULLED OUT CORD
- (3) SUSPECT USED VICTIM'S PHONE
- (4) USED CORD TO TIE VICTIM
- (9) OTHER

**2 SUSPECT'S ACTION (ROBBERY ONLY)**
- (1) ASSAULTED VICTIM
- (2) ASK FOR OR BUYS MERCHANDISE
- (3) APOLOGETIC
- (4) DEMANDED JEWELRY
- (5) MADE THREATS
- (6) OTHER THEFT INVOLVED
- (7) PRODTITUTION INVOLVED
- (8) PURSE SNATCH
- (9) PUT MONEY IN BAG
- (1) SEX ACT INVOLVED
- (2) SHOTS FIRED
- (3) USED LOOKOUT
- (4) USED MASK
- (5) USED NOTE
- (6) USED STOLEN CAR
- (99) OTHER

**3 VICTIM IS (WAS)**
- (1) ABOUT TO ENTER HOME
- (2) ALONE
- (3) ELDERLY
- (4) GAMBLING
- (5) GOING TO BANK
- (6) HANDICAPPED
- (7) INTOXICATED
- (8) OPENING/CLOSING BUSINESS
- (9) RETARDED
- (99) OTHER

**4 FORCED VICTIMS TO**
- (1) DISROBE
- (2) ENTER CAR TRUNK
- (3) ENTER RESTROOM
- (4) GET MONEY FROM BANK, FAMILY, ETC.
- (5) GO TO ANOTHER LOCATION
- (6) LIE DOWN
- (7) OPEN SAFE
- (8) PUT PROPERTY IN SACK
- (9) REAR OF BUILDING

**5 FORCE USED ON VICTIMS**
- (1) ABDUCTS
- (2) BLINDFOLD VICTIM
- (3) BOUND VICTIM
- (4) BIT VICTIM
- (5) COVERED VICTIM'S FACE
- (6) CHOKED VICTIM
- (7) CUT/STABBED VICTIM
- (8) GAG VICTIM
- (9) HIT VICTIM
- (10) SHOT VICTIM
- (11) THREATS ONLY
- (99) OTHER

**6 IMPERSONATED**
- (1) CUSTOMER
- (2) DELIVERY PERSON
- (3) DISABLED MOTORIST
- (4) DRUNK
- (5) EMPLOYEE/EMPLOYER
- (6) FRIEND
- (7) INJURED
- (8) POLICE/LAW
- (9) RELATIVE
- (10) RENTER
- (11) REPAIRMAN
- (12) SALESMAN
- (13) SEEKING AID
- (14) SOLICITING
- (15) SURVEYING
- (99) OTHER

**7 SOLICITED, OFFERED**
- (1) AID FOR CAR
- (2) ASSISTANCE/INFORMATION
- (3) CIGARETTE
- (4) CON GAME
- (5) DRUGS
- (6) FOOD, DRINKS, CANDY
- (7) GIFT/PRIZE
- (8) MONEY
- (9) PROSTITUTION/SEX
- (10) RIDE
- (11) USE OF PHONE
- (99) OTHER

**8 CHARACTERISTIC OF SUSPECT (SEX CRIMES ONLY)**
- (1) ANAL SEX
- (2) APOLOGETIC
- (3) CHILD MOLEST
- (4) EJACULATED
- (5) FOUL LANGUAGE
- (6) GENTLE
- (7) MAKES THREATS
- (8) ORAL SEX
- (9) MASTERBATED
- (10) RAPED MORE THAN ONCE
- (11) RIPPED/CUT CLOTHES
- (12) UNABLE TO ACHIEVE ERECTION
- (13) UNUSUAL ODOR (BODY ODOR, SMELLED GOOD, ETC.)
- (14) USED LUBRICANT
- (15) USED VICTIM'S NAME
- (16) VIOLENT
- (99) OTHER

**OFFICER ASSAULTED/KILLED**

PIN #

INCIDENT NUMBER: 2 5 5 2 3 4 1

| 1 INCIDENT TYPE | 2 OFFICER ACTIVITY |
|---|---|
| ( ) 1 - OFFICER KILLED FELONIOUS | ( ) 1 - RESPONDING TO DISTURBANCE     ( ) 6 - DOMESTIC DISTURBANCE |
| ( ) 2 - OFFICER KILLED ACCIDENT OR NEGLIGENCE | ( ) 2 - BREAKING AND ENTERING IN PROGRESS   ( ) 7 - HANDLING, TRANSPORTING, OR PURSUING B. AND E. SUSPECT     CUSTODY OF PRISONERS |
| ( ) 3 - OFFICER ASSAULTED, NO INJURY | ( ) 3 - ROBBERY IN PROGRESS OR PURSUING   ( ) 8 - INVESTIGATING SUSPICIOUS ROBBERY SUSPECT     PERSONS OR CIRCUMSTANCES |
| ( ) 4 - OFFICER ASSAULTED, MINOR INJURY | ( ) 4 - ATTEMPTING OTHER ARREST     ( ) 9 - AMBUSH, NO WARNING |
| ( ) 5 - OFFICER ASSAULTED, SERIOUS INJURY | ( ) 5 - CIVIL DISORDER     ( ) 10 - ASSAILANT MENTALLY DERANGED |
| | ( ) 11 - TRAFFIC PURSUIT OR STOP |
| | ( ) 12 - OTHER |

| 3 TYPE OF ASSIGNMENT | 4 (ANSWER ALL QUESTIONS) | Y | N | UNK | N/A |
|---|---|---|---|---|---|
| ( ) 1 - ONE PERSON, VEHICLE, ALONE ( ) 5 - DETECTIVE OR SPECIAL | WAS OFFICER WEARING BODY ARMOR? | ( ) | ( ) | ( ) | ( ) |
| ( ) 2 - ONE PERSON,            ASSIGNMENT, ASSISTED | DID ARMOR PREVENT SERIOUS INJURY OR FATALITY? | ( ) | ( ) | ( ) | ( ) |
|       VEHICLE, ASSISTED ( ) 6 - TRAFFIC/MOTORCYCLE | WAS OFFICER AWARE OFFENDER HAD WEAPON? | ( ) | ( ) | ( ) | ( ) |
| ( ) 3 - TWO PERSON, VEHICLE        OFFICER | DID OFFENDER USE OFFICER'S WEAPON? | ( ) | ( ) | ( ) | ( ) |
| ( ) 4 - DETECTIVE OR SPECIAL ( ) 7 - OTHER, ALONE | WAS A FIREARM DISCHARGED BY OFFENDER? | ( ) | ( ) | ( ) | |
|       ASSIGNMENT, ALONE ( ) 8 - OTHER, ASSISTED | | | | | |

| 5 WAS OFFENDER INJURED? ( ) YES ( ) NO ( ) UNK. | DISTANCE FROM OFFICER IN FEET (ESTIMATE) |
|---|---|
| EXTENT OF INJURIES TO OFFENDER | |
| ( ) 00 - N/A    ( ) 02 - MODERATE    ( ) 02 - FATAL | WAS A FIREARM DISCHARGED BY THE OFFICER? ( ) ( ) ( ) |
| ( ) 01 - MINOR    ( ) 03 - SERIOUS | |

6 OFFICER EXPERIENCE (IN YEARS) _____ AGE _____

7 OFFICER ASSAULTED BY OFFENDER/SUSPECT #

| PROP. CODE | S – STOLEN   R – RECV'D FOR   H – RETURNED TO OWNER   E – EVIDENCE/SEIZED    1 PROPERTY RECEIPT # |
|---|---|
| | F – FOUND       OTHER AGENCY   K – PHOTOS TAKEN PROPERTY   Y – MPD STOLEN & REC. |
| | D – DAMAGE (INC. VALUE) P – PERSONAL     RETURNED TO OWNER   A – ARSON (INC. VALUE) |

**PROPERTY**

| 2 PROP. CODE | 3 VIC # | 4 QUAN. | 5 DESCRIPTION OF ARTICLE SERIAL #, MODEL, BRAND NAME, ETC. | 6 VALUE | 2 PROP. CODE | 3 VIC # | 4 QUAN. | 5 DESCRIPTION OF ARTICLE SERIAL #, MODEL, BRAND NAME, ETC. | 6 VALUE |
|---|---|---|---|---|---|---|---|---|---|
| D | 1 | 5 | Window | $500.00 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**WEAPON**

| 1 WEAPON TYPE USED | | 2 WEAPON FEATURES | | |
|---|---|---|---|---|
| (•) (2) 00 - N/A       (1) (2) 06 - BLUNT OBJECT | (1) (2) 12 - SIMULATED | (1) (2) 01 - CHROME/NICKEL | (1) (2) 07 - DOUBLE BARREL | (1) (2) 13 - LG. BORE |
| (1) (2) 01 - HANDGUN   (1) (2) 07 - HANDS/FISTS/FEET | (1) (2) 13 - DRUGS | (1) (2) 02 - BLUE STEEL | (1) (2) 08 - SINGLE BARREL | (1) (2) 14 - SM. BORE |
| (1) (2) 02 - RIFLE       (1) (2) 08 - POISON | (1) (2) 88 - UNKNOWN | (1) (2) 03 - AUTOMATIC | (1) (2) 09 - SAWED OFF | (1) (2) 15 - OTHER |
| (1) (2) 03 - SHOTGUN   (1) (2) 09 - EXPLOSIVES | (1) (2) 99 - OTHER | (1) (2) 04 - REVOLVER | (1) (2) 10 - PUMP |     DESCRIBE |
| (1) (2) 04 - FIREARM   (1) (2) 10 - FIRE/INCENDIARY |     (NARR.) | (1) (2) 05 - SHORT BARREL | (1) (2) 11 - BOLT ACTION | |
| (1) (2) 05 - KNIFE/     (1) (2) 11 - THREAT/INTIMIDATION | | (1) (2) 06 - LONG BARREL | (1) (2) 12 - ALTERED STOCK | |
|     CUTTING INST. | | | | |

| 3 CALIBER/GAUGE | 4 MAKE | 5 SERIAL # | 6 BARREL LENGTH | 7 MODEL # | 8 COLOR | 9 TYPE OF GRIPS | 10 BUTT # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NARRATIVE:



EXHIBIT

CumP

I

other reports

060921- 279234

01

Anthony   Michael   Anthony   04 05 1986 M B   5'7 142 B Brn
503 NE 27 St.   Miami   FL 33137   202-584-6342
5846 7 Av.   Washington DC   20019

Washington

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

09 21 2006   4:25   503 NE 27st

US

**CHARGES**

| Criminal Mischief (under) | N | N | 1 | 806.13 | | |
|---|---|---|---|---|---|---|
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |

21   September 2006   5:40 AM   503 NE 27th St.

Victim (Ratchford) stated Def. was drunk and
caused a disturbance at his residence. When the victim told def.
to leave he became angry and started to argue w/ victim. Victim
states that def then proceeded to break several windows with
rocks. Upon arrival def. was on scene and arrested.

PAGE 1 of 1

Michael Ali
M. Ali
21/06 MPD   27070 01

21
SEPTEMBER 2006

**EXHIBIT**
Comp
I

Printed by: 04353

Printed date/time: 7/11/07 12:36

# Incident Report

CITY OF MIAMI POLICE DEPARTMENT
400 NW 2 AVENUE
MIAMI, FLORIDA 33128
(305) 579-6111

Incident Number: 060921-279234

## Incident Summary

| | | |
|---|---|---|
| Incident Type: VANDALISM | Report Type: ORIGINAL INCIDENT | |
| Inc Occurred Address: 503 NE 27TH ST  MIAMI, | Sector/Beat: 42/P423 | |
| Inc Occurred Start: 09/21/2006 15:59    Inc Occurred End: 09/21/2006 15:59 | Report Taken: | |
| Domestic: N        Bias Motivation: | Gang Related: U        Substance: U | |
| Contact Nature: | Reported Date/Time: 09/21/2006 15:42 | |
| Reporting Officer: VELAZQUEZ, RAFAEL | Primary Assigned Officer: | |
| Case Status: CLOSED/ZEROED  Disposition: CLOSED BY ARREST - ADULT | Disposition Date: 09/21/2006 15:59 | |

### Offenses

Statute Code: 806.13(1b2)
Statute Desc: DAMAGE PROP-CRIM MISCH  OVER 200 DOLS UNDER 1000 DOLS          Enhancers:
Counts:   1    Statute Severity: MISDEMEANOR/FIRST DEGREE

### Officers

| Event Association | Emp# | Badge# | Name | Squad# |
|---|---|---|---|---|
| PRIMARY REPORTING OFFICER | 07300 | 07300 | VELAZQUEZ, RAFAEL | |
| Primary Responding Officer | 07300 | 07300 | VELAZQUEZ, RAFAEL | |

## Persons Involved

Person#: 0001          MNI: 132981                                        Can ID Suspect:  No
Event Association: VICTIM                    Contact Date/Time: 09/21/2006 15:59
Name: RATCH FORD, RENOL LA MAR

| | | | |
|---|---|---|---|
| | DOB: 11/05/1975 | Age: 30 - 30   Sex: MALE | Race: BLACK |
| Height: | Weight: | Eye Color: | Hair Color: |
| Address: 503 NE 27TH ST  MIAMI, | | | Sector/Beat: 42/P423 |
| Phone Type 1: HOME | Phone# 1: (786) 512-2515 | Ext 1: | |
| Phone Type 2: | Phone# 2: | Ext 2: | |

Occupation: MANAGER                            Employer/School:

### Person Offenses

Statute Code: 806.13(1b2)
Statute Desc: DAMAGE PROP-CRIM MISCH  OVER 200 DOLS UNDER 1000 DOLS          Enhancers:
Counts: 1

Printed by: 04353

Printed date/time: 7/11/07 12:36

# Incident Report

· Page 2 of 3

CITY OF MIAMI POLICE DEPARTMENT
400 NW 2 AVENUE
MIAMI, FLORIDA 33128
(305) 579-6111

Incident Number: 060921-279234

## Persons Involved

Person#: 0002          MNI: 132990                                    Can ID Suspect:  No
Event Association:  ARRESTEE                        Contact Date/Time:   09/21/2006 15:59
Name:  ANTHONY, MICHAEL ANGELO

| | | | |
|---|---|---|---|
| Height:  5' 7"  - 5' 7" | DOB: 04/05/1986 | Age: 20 - 20   Sex: MALE | Race:  BLACK |
| Address: 503 NE 27TH ST  MIAMI, | Weight:  142 - 142 lbs | Eye Color:  BROWN | Hair Color:  BLACK |
| Phone Type 1:  HOME | Phone# 1:  (202) 584-6342 | Ext 1: | Sector/Beat:  42/P423 |
| Phone Type 2: | Phone# 2: | Ext 2: | |

Occupation:                                              Employer/School:

### Characteristics

| Characteristic Type: | Further Defined By: | Description: |
|---|---|---|
| CLOTHING | | JEAN SHORTS, BLUE SHIRT |
| HAIR LENGTH | MEDIUM | |
| HAIR STYLE | BRAIDED | |
| FACIAL HAIR | CLEANSHAVEN | |
| COMPLEXION | DARK | |
| TEETH | OTHER | |
| APPEARANCE / DEMEAN( | NEAT | |
| SPEECH | SLOW | |
| R/L HANDED | RIGHT | |
| BUILD | LIGHT | |

### Person Offenses

Statute Code:  806.13(1b2)
Statute Desc:  DAMAGE PROP-CRIM MISCH  OVER 200 DOLS UNDER 1000 DOLS          Enhancers:
Counts: 1

## Property Involved

Property #  0001
Event Assoc/Orig status:     DAMAGE
Current Status:  DAMAGE
Property Type:
Description:  WINDOW
Make/Brand:
Color:
Serial/Lot#:
NCIC Date:
NCIC#:

Evidence:  No
Original Status Date:     9/21/2006 15:59:00          Original Value:  $500.00
Current Status Date:     9/21/2006 15:59:00          Current Value:  $500.00

Model:
Quantity:  5
Owner Applied#:
NCIC Reported By:
NCIC Cancelled:

Printed by: 04353

Printed date/time: 7/11/07 12:36

**Incident Report**

CITY OF MIAMI POLICE DEPARTMENT
400 NW 2 AVENUE
MIAMI, FLORIDA 33128
(305) 579-6111

Incident Number: 060921-279234

## Narratives

ENTERED DATE/TIME: 10/11/2006 12:58:45

NARRATIVE TYPE: ARREST

SUBJECT: ANTHONY MICHAEL ANGELO

VICTIM (RATCH FORD) STATED DEFENDANT WAS DRUNK AND CAUSED A DISTURBANCE AT HIS
RESIDENCE. WHEN THE VICTIM TOLD DEFENDANT TO LEAVE HE BECAME ANGRY AND STARTED TO
ARGUE WITH VICTIM. VICTIM STATES THAT DEFENDANT THEN PROCEEDED TO BREAK SEVERAL
WINDOWS WITH ROCKS. UPON ARRIVAL DEFENDANT WAS ON SCENE AND ARRESTED.

## Signatures

_____
Reporting Officer                                                              Date

_____
Supervisor                                                                      Date




# Miami Police Department
## Calls for Service
## 503 NE 27th St
## January 1, 2006 to June 30, 2007

| Final Signal | Incident Type | Incident Date/Time | Address | Area | Incident Number |
|---|---|---|---|---|---|
| 13 | SPECIAL INFORMATION | 5/8/2007  10:42:59PM | 503 NE 27TH ST | R121 | LM1070508135840 |
| 1 | | | | | |
| 141 | INFORMATION REPORT | 2/3/2007  10:45:19AM | 503 NE 27TH ST | R121 | LM1070203034456 |
| 1 | | | | | |
| 28 | VANDALISM | 9/21/2006  3:42:12PM | 503 NE 27TH ST | R121 | LM1060921279234 |
| 1 | | | | | |
| 32 | SIMPLE ASSAULT OR BA | 10/29/2006  6:16:26AM | 503 NE 27TH ST | R121 | LM1061029318341 |
| 1 | | | | | |
| 34 | DISTURBANCE | 10/29/2006  7:10:57AM | 503 NE 27TH ST | R121 | LM1061029318368 |
| 1 | | | | | |

5



EXHIBIT
comp.
J
oTher RepoRTs

# Miami Police Department
## Calls for Service
### 503 NE 27th St
### January 1, 2007 to July 12, 2007



| Final Signal | Incident Type | Incident Date/Time | Address | Area | Incident Number |
|---|---|---|---|---|---|
| 13 | SPECIAL INFORMATION | 5/8/2007 10:42:59PM | 503 NE 27TH ST | R121 | LM1070508135840 |
| 1 | | | | | |
| 14I | INFORMATION REPORT | 2/3/2007 10:45:19AM | 503 NE 27TH ST | R121 | LM1070203034456 |
| 1 | | | | | |
| 2 | | | | | |

Printed by: 04353
Printed date/time:  7/11/07 12:36

# Incident Report

Page 1 of 3

CITY OF MIAMI POLICE DEPARTMENT
400 NW 2 AVENUE
MIAMI, FLORIDA  33128
(305) 579-6111

Incident Number: 061029-318341

## Incident Summary

| | |
|---|---|
| Incident Type:  SIMPLE ASSAULT OR BATTERY | Report Type:  ORIGINAL INCIDENT |
| Inc Occurred Address:   503 NE 27TH ST  MIAMI, | Sector/Beat:  42/P423 |
| Inc Occurred Start:   10/29/2006 06:40    Inc Occurred End:    10/29/2006 06:40 | Report Taken: |
| Domestic: N    Bias Motivation: | |
| Contact Nature: | Gang Related:  U    Substance:  U |
| Reporting Officer:  WILLIAMS, MICHELLE | Reported Date/Time:    10/29/2006 06:18 |
| Case Status:  CLOSED/ZEROED  Disposition: PENDING | Primary Assigned Officer: |
| | Disposition Date:   10/29/2006 06:40 |

### Offenses

Statute Code:  784.011
Statute Desc:  SIMPLE ASSAULT                          Enhancers:
Counts:   1    Statute Severity:

### Officers

| Event Association | Emp# | Badge# | Name | Squad# |
|---|---|---|---|---|
| PRIMARY REPORTING OFFICER | 02689 | 02689 | WILLIAMS, MICHELLE | |
| Primary Responding Officer | 02689 | 02689 | WILLIAMS, MICHELLE | |

## Persons Involved

Person#:  0001          MNI:  143287                                    Can ID Suspect:  No
Event Association:  VICTIM                      Contact Date/Time:   10/29/2006 06:40
Name:  RATCHFORD, RENOL LAMMAR

| | | | |
|---|---|---|---|
| | DOB:  11/05/1975 | Age: 30 - 30    Sex: MALE | Race:  BLACK |
| Height: | Weight: | Eye Color: | Hair Color: |
| Address: 503 NE 27TH ST  MIAMI, | | | Sector/Beat:   42/P423 |
| Phone Type 1:   HOME | Phone# 1:   (786) 512-7515 | Ext 1: | |
| Phone Type 2:   WORK | Phone# 2:   (305) 438-9450 | Ext 2: | |

Occupation:   MODELING AGENCY                    Employer/School:   2610 N MIAMI AVE. FLAVOR WORKS

### Person Offenses

Statute Code:  784.011
Statute Desc:  SIMPLE ASSAULT                          Enhancers:
Counts: 1

Person#:  0002          MNI:  143290                                    Can ID Suspect:   No
Event Association:   WITNESS                      Contact Date/Time:   10/29/2006 06:40
Name:   TURNER, DARIEN VASEAS LOUIS

| | | | |
|---|---|---|---|
| | DOB:  08/24/1973 | Age: 33 - 33    Sex: MALE | Race:  BLACK |
| Height: | Weight: | Eye Color: | Hair Color: |
| Address: 503 NE 27TH ST  MIAMI, | | | Sector/Beat:   42/P423 |
| Phone Type 1:   HOME | Phone# 1:   (310) 400-4023 | Ext 1: | |
| Phone Type 2: | Phone# 2: | Ext 2: | |

Occupation:                                     Employer/School:

### Person Offenses

Statute Code:  784.011
Statute Desc:  SIMPLE ASSAULT                          Enhancers:
Counts: 1

Printed by:  04353
Printed date/time:  7/11/07 12:36

# Incident Report

CITY OF MIAMI POLICE DEPARTMENT
400 NW 2 AVENUE
MIAMI, FLORIDA 33128
(305) 579-6111

Incident Number: 061029-318341

## Persons Involved

| | | | |
|---|---|---|---|
| Person#: 0003 | MNI: 143295 | | Can ID Suspect:  No |
| Event Association:  SUSPECT | | Contact Date/Time: 10/29/2006 06:40 | |
| Name:  UNKNOWN, UNKNOWN | | | |

| | | | |
|---|---|---|---|
| Height:  5' 9"   - 5' 9" | DOB:  10/29/1986 | Age: 20 - 20    Sex: MALE | Race:  BLACK |
| Address:       , | Weight:  165 - 165 lbs | Eye Color:  BROWN | Hair Color:  BLACK |
| Phone Type 1: | Phone# 1: | Ext 1: | Sector/Beat. |
| Phone Type 2: | Phone# 2: | Ext 2: | |

Occupation:                                                        Employer/School:

### Person aliases (in last, first middle name format)
TWERK,

### Characteristics

| Characteristic Type: | Further Defined By: | Description: |
|---|---|---|
| CLOTHING | | BOXER SHORT CAMAFLAUGE PANTS, BLACK SHIRT |
| HAIR LENGTH | SHORT | |
| HAIR STYLE | AFRON/NATURAL | |
| FACIAL HAIR | GOATEE | |
| COMPLEXION | DARK | |
| APPEARANCE / DEMEAN | OTHER | |
| BUILD | MEDIUM | |

### Person Offenses

Statute Code:  784.011                                Enhancers:
Statute Desc:  SIMPLE ASSAULT
Counts: 1

Printed by: 04353
Printed date/time: 7/11/07 12:36

**Incident Report**

Page 3 of 3

CITY OF MIAMI POLICE DEPARTMENT
400 NW 2 AVENUE
MIAMI, FLORIDA 33128
(305) 579-6111

Incident Number: 061029-318341

## Narratives

ENTERED DATE/TIME: 11/14/2006 11:25:26

NARRATIVE TYPE: ORIGINAL INCIDENT

AUTHOR: WILLIAMS, MICHELLE

THE VICTIM AND OFFENDANR LIVE IN THE SAME HOUSE. THERE ARE RULES TO LIVING IN THE HOUSE AND ONE RULE IS NO TWO PEOPLE LIVING IN THE HOUSE CAN SLEEP TOGETHER IN THE SAME ROOM . THE OFFENDER WAS UP\SET WHEN THE VICTIM REMINDED HIM, THE SUSUPECT, THAT HE COULD NOT SLEEP WITH ANOTHER ROOMMATE WHO RECENTLY CAME INTO THE HOUSE. THE OFFENDER BECAME LOUD AND STRUCK THE VICTIM IN THE FACE SEVERAL TIMES LEAVING SCRATCHES AND RED MARKS IN THE VICTIM'S FACE.

## Signatures

_____
Reporting Officer                                          Date

_____
Supervisor                                                  Date

Printed by: 01353
Printed date/time:  7/11/07 12:36

**Incident Report**

Page 1 of 2

CITY OF MIAMI POLICE DEPARTMENT
400 NW 2 AVENUE
MIAMI, FLORIDA  33128
(305) 579-6111

Incident Number: 070203-034456

## Incident Summary

| | | |
|---|---|---|
| Incident Type:   INFORMATION REPORT | | Report Type:   ORIGINAL INCIDENT |
| Inc Occurred Address:    503 NE 27TH ST  MIAMI, | | Sector/Beat:   42/P423 |
| Inc Occurred Start:   02/02/2007 17:45      Inc Occurred End:   02/02/2007 17:45 | | Report Taken: |
| Domestic: N          Bias Motivation: | Gang Related:  U | Substance:  U |
| Contact Nature: | | Reported Date/Time:      02/03/2007 10:45 |
| Reporting Officer:   MCGRUDER, MARY | Primary Assigned Officer: | |
| Case Status:           Disposition: PENDING | | Disposition Date:    02/02/2007 17:45 |

### Offenses

Statute Code:  777.7777                         Enhancers:
Statute Desc:  POLICE INFORMATION
Counts:    1     Statute Severity:

### Officers

| Event Association | Emp# | Badge# | Name | Squad# |
|---|---|---|---|---|
| PRIMARY REPORTING OFFICER | 03351 | 03351 | MCGRUDER, MARY | |
| Primary Responding Officer | 03351 | 03351 | MCGRUDER, MARY | |

## Persons Involved

| | | | |
|---|---|---|---|
| Person#:  0001 | MNI:  166615 | | Can ID Suspect:   No |
| Event Association:   VICTIM | | Contact Date/Time:   02/02/2007 17:45 | |
| Name:   MERRIT, KATIE | | | |

| | | | | |
|---|---|---|---|---|
| Height: | DOB: 09/26/1983 | Age: 23 - 23     Sex: FEMALE | Race:  WHITE | |
| Address: 500 NE 26TH ST   MIAMI, | Weight: | Eye Color: | Hair Color: | |
| Phone Type 1: | Phone# 1: | Ext 1: | Sector/Beat:   /P423 | |
| Phone Type 2: | Phone# 2: | Ext 2: | | |

Occupation:                                    Employer/School:

### Person Offenses

Statute Code:  777.7777                         Enhancers:
Statute Desc:  POLICE INFORMATION
Counts: 1

| | | | |
|---|---|---|---|
| Person#:  0002 | MNI:  166616 | | Can ID Suspect:   No |
| Event Association:   WITNESS | | Contact Date/Time:   02/02/2007 17:45 | |
| Name:   SCHMADER, JANE | | | |

| | | | |
|---|---|---|---|
| Height: | DOB: 01/08/1957 | Age: 50 - 50     Sex: FEMALE | Race:  WHITE |
| Address: 3647 KIRK RD   YOUNGSTOWN, OHIO | Weight: | Eye Color: | Hair Color: |
| Phone Type 1: | Phone# 1: | Ext 1: | Sector/Beat: |
| Phone Type 2: | Phone# 2: | Ext 2: | |

Occupation:                                    Employer/School:

Printed by: 04353
Printed date/time:  7/11/07 12:36

**Incident Report**

CITY OF MIAMI POLICE DEPARTMENT
400 NW 2 AVENUE
MIAMI, FLORIDA  33128
(305) 579-6111

Incident Number: 070203-034456

## Narratives

ENTERED DATE/TIME: 2/14/2007 17:43:26

NARRATIVE TYPE:  ORIGINAL INCIDENT

SUBJECT:  MERRIT, KATIE

AUTHOR:  MCGRUDER, MARY

PERSON REPORTING/VICTIM MS. KATIE MERRITT AND WITNESS MS. JANE SCHMADER CAME TO CENTRAL FRONT DESK TO FILE THIS REPORT.  MS. MERRITT STATED THAT ON THE ABOVE DATE AND TIME WHILE WALKING HER DOG A WHITE AND TAN PIT BULL ATTACKED HER DOG IN FRONT OF THE ABOVE LOCATION.  MS. MERRITT STATED THAT DURING THE ATTACK THE PIT ULL SCRATCHED THE INSIDE OF HER RIGHT KNEE AND HER DOG WAS BITTEN.

## Signatures

_____            _____
Reporting Officer                                                                            Date

_____            _____
Supervisor                                                                                      Date

# MIAMI POLICE DEPARTMENT

061039

**INCIDENT NUMBER:** 3 1 8 3 4 1

| 1 REPORT SIGNAL | 2 INC. DATE / TIME / DAY | 3 LOCATION OF INCIDENT | APT. # |
|---|---|---|---|
| 32 | 10-29-06 0640 SUN | 503 NE 27 | |

| 4 DATE OF DISPATCH | 5 TIME DISP. | 6 ON SCENE | 7 IN SERVICE | 8 UNIT # |
|---|---|---|---|---|
| 10-29-06 | 0643 | 0653 | 0836 | 4215 |

**9 PIN #** _____ **OFFICER** 2689 Williams **10 PIN #** _____ **REVIEWED BY** _____

**11 OFFICER ASSAULTED** ○ YES ● NO

**12 TYPE OF OFFENSE/INCIDENT** Assault

**13 COPY TO** ___ **14 CROSS REF INC. #** ___ **15 INV. PIN** ___ **16 DESK PIN #** ___ **17 TIME** ___

**18 ATTEMPTED** — VI.1 ○ VI.2 ○ VI.3 ○
**COMMITTED** — VI.1 ● VI.2 ○ VI.3 ○

**19 FORCED ENTRY (structure only)** ○ YES ○ N/A

**20 NO. OF STRUCTURES ENTERED** ___

| 21 STATUTE #1 | 22 STATUTE #2 | 23 STATUTE #3 |
|---|---|---|
| 7 8 4 - 0 3 | - | - |

**24 LOCATION TYPE**

- ○ RESIDENCE—SINGLE
- ○ APARTMENT/CONDO
- ● RESIDENCE—OTHER
- ○ HOTEL/MOTEL
- ○ CONVENIENCE STORE

(06) GAS STATION
(07) LIQUOR SALES
(08) BAR/NIGHTCLUB
(09) SUPERMARKET
(10) DEPT/DISCOUNT STORE
(11) SPECIALTY STORE

(12) DRUG STORE/HOSPITAL
(13) BANK/FINANCIAL INST.
(14) COMMERCIAL/OFFICE BLDG.
(15) INDUSTRIAL/MFG.
(16) STORAGE
(17) GOVT/PUBLIC BLDG.

(18) SCHOOL/UNIVERSITY
(19) JAIL/PRISON
(20) RELIGIOUS BLDG.
(21) AIRPORT
(22) BUS/RAIL TERMINAL
(23) CONSTRUCTION SITE
(24) OTHER STRUCTURE

(25) PARK, LOT/GARAGE
(26) HIGHWAY/ROADWAY
(27) PARK/FIELD WOODLANDS
(28) LAKE/WATERWAY
(29) MOTOR VEHICLE
(30) OTHER MOBILE
(99) OTHER KNOWN

**REFUGEE RELATED**
○ HATE CRIME
○ MEDICAL RELATED
○ DOMESTIC VIOLENCE
○ TOURIST CRIME
○ DISASTER RELATED
○ HIT HIT
○ GANG RELATED
○ CIVIL DISTURBANCE

**1 VICTIM TYPE**

| | JUVENILE | LAW ENFORCEMENT | ADULT | BUSINESS | GOVERNMENT | CHURCH | OTHER | WILL VICTIM PROSECUTE? |
|---|---|---|---|---|---|---|---|---|
| VICTIM #1 | (1) | (2) | ● | (4) | (5) | (6) | (9) | ● YES ○ NO |
| VICTIM #2 | (1) | (2) | (3) | (4) | (5) | (6) | (9) | ○ YES ○ NO |
| VICTIM #3 | (1) | (2) | (3) | (4) | (5) | (6) | (9) | ○ YES ○ NO |

**2 TOTAL NUMBER OF VICTIMS:** 0 1

**3 VICTIM'S RELATIONSHIP TO OFFENDER**

| | N/A | IDENTITY MIXED | STRANGER | SPOUSE | EX-SPOUSE | CO-HAB/PARENT | PARENT | BROTHER/SISTER | CHILD | STEP-PARENT | STEP-CHILD | IN-LAW | OTHER FAMILY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VICTIM #1 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 |
| VICTIM #2 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 |
| VICTIM #3 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 |

| | STUDENT | TEACHER | CHILD OF BOY/GIRL FRIEND | BOY/GIRL FRIEND | FRIEND | NEIGHBOR | SITTER/DAY CARE | EMPLOYEE | EMPLOYER | LAND LORD/TENANT | ACQUAINTANCE/KNOWN | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VICTIM #1 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | ● | 99 |
| VICTIM #2 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 99 |
| VICTIM #3 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 99 |

---

**1 VICT.** ● P.R. ○ WITN.
**2 LAST NAME, FIRST, MIDDLE / BUSINESS:** Ratchford, Renol Lamar

**VICTIM OF DOMESTIC VIOLENCE?** ○N **VIC PAMPHLET GIVEN** ○N **DV PAMPHLET GIVEN** ○N
**3 A/J:** ○ A ● J **4 R/S:** B/m **5 DOB/AGE:** 11-05-75

**6 SS#:** _____

**7 RESIDENCE ADDRESS:** 503 NE 27 St Miami, FL 33132 / 842 Peralta St Oakland Ca 946__ **/APT.# /CITY /STATE /ZIP /COUNTRY**

**8 VICTIM OF STATUTE** 1 2 3 **8 RESIDENCE STATUS:** ●N/A ○FULL YEAR ○PART YEAR ○NON-RESIDENT **9A RESIDENCE TYPE:** ●N/A ○CITY ○COUNTY ○FLORIDA ○OUT OF STATE

**10 BUSINESS ADDRESS / SCHOOL / CITY / ZIP:** 2610 N Miami Ave Flavor Works **11 DAY/TIME AVAIL.:** Days **12 OCCUPATION/TITLE:** Modeling Agency **13 RES. PHONE:** (786) 512-7515 **14 BUS. PHONE:** (305) 438-9450

---

**1 VICT.** ○ P.R. ○ WITN.
**2 LAST NAME, FIRST, MIDDLE / BUSINESS:** _____

**VICTIM OF DOMESTIC VIOLENCE?** N **VIC PAMPHLET GIVEN** N **DV PAMPHLET GIVEN** N
**3 A/J:** ○ A ○ J **4 R/S:** ___ **5 DOB/AGE:** ___

**6 SS#:** _____

**7 RESIDENCE ADDRESS /APT.# /CITY /STATE /ZIP /COUNTRY**

**8 VICTIM OF STATUTE** 1 2 3 **8 RESIDENCE STATUS:** ○N/A ○FULL YEAR ○PART YEAR ○NON-RESIDENT **9A RESIDENCE TYPE:** ○N/A ○CITY ○COUNTY ○FLORIDA ○OUT OF STATE

**10 BUSINESS ADDRESS / SCHOOL / CITY / ZIP 11 DAY/TIME AVAIL. 12 OCCUPATION/TITLE 13 RES. PHONE 14 BUS. PHONE**

---

**1 VICT.** ○ P.R. ● WITN.
**2 LAST NAME, FIRST, MIDDLE / BUSINESS:** Turner, Darien Vaseas Louis

**VICTIM OF DOMESTIC VIOLENCE?** N **VIC PAMPHLET GIVEN** N **DV PAMPHLET GIVEN** N
**3 A/J:** ○ A ○ J **4 R/S:** B/m **5 DOB/AGE:** 08-24-73

**6 SS#:** _____

**7 RESIDENCE ADDRESS:** 503 NE 27 St Miami, FL 33132 / 349 E Centerview Dr Carson Ca 90746 **/APT.# /CITY /STATE /ZIP /COUNTRY**

**8 VICTIM OF STATUTE** 1 2 3 **8 RESIDENCE STATUS:** ○N/A ○FULL YEAR ○PART YEAR ○NON-RESIDENT **9A RESIDENCE TYPE:** ●N/A ○CITY ○COUNTY ○FLORIDA ○OUT OF STATE

**10 BUSINESS ADDRESS / SCHOOL / CITY / ZIP 11 DAY/TIME AVAIL. 12 OCCUPATION/TITLE 13 RES. PHONE:** (810) 400-4023 **14 BUS. PHONE**

---

**1 EXTENT OF INJURY**

| | NONE | MINOR | SERIOUS | FATAL | 2 LOCATION ON BODY | 3 HOSPITAL/CLINIC | SQUAD # |
|---|---|---|---|---|---|---|---|
| VICTIM #1 | (0) | ● | (2) | (3) | VI. #1 FACE | VI. #1 N/A | N/A |
| VICTIM #2 | (0) | (1) | (2) | (3) | VI. #2 ___ | VI. #2 ___ | |
| VICTIM #3 | (0) | (1) | (2) | (3) | VI. #3 ___ | VI. #3 ___ | |

**2 INJURY TYPE**

| | N/A | GUNSHOT | STABBED | LACERATION | BITE/CONTUSIONS | BURN/BROKEN/BONES | INTERNAL INJURY | LOSS OF TEETH | BRUISES | ABRASIONS | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VICTIM #1 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | ● | 99 |
| VICTIM #2 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 99 |
| VICTIM #3 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 99 |

---

**#1 1 PERSON INTERVIEWED 2 A/J 3 AGE 4 RES. ADDRESS CITY APT. # 5 BUS. ADDRESS**
RES. PHONE ( )
BUS. PHONE ( )

**#2 1 PERSON INTERVIEWED 2 A/J 3 AGE 4 RES. ADDRESS CITY APT. # 5 BUS. ADDRESS**
RES. PHONE ( )
BUS. PHONE ( )

**PLEASE DO NOT WRITE IN THIS AREA**

416820

| 1 LAST NAME, FIRST, MIDDLE | | 2 RESIDENCE ADDRESS | / APT. # / CITY / ZIP CODE | | 3 RES. PHONE ( ) | 4 BUS. PHONE ( ) |
|---|---|---|---|---|---|---|
| 5 BUSINESS ADDRESS / CITY / ZIP CODE | | | 6 USUAL OCCUPATION | 7 INJURED YES NO FATAL | | 8 CITIZENSHIP |
| 9 NICKNAME TWERK | 10 A/J | 11 DOB/AGE 20yoA | 12 RACE/SEX B/m | 13 HGT. 509 | 14 WGT. 165 | 15 EYE COLOR Brown | 16 HAIR COLOR BLK |

**17 CLOTHING, JEWELRY, MANNERISMS, CHARACTERISTICS**
Boxer Short Camoflauge Pants, BLK Shirt  TATTOOS on Arms.

**18 SCARS, MARKS, TATTOOS, DEFORMITIES: DESCRIBE & LOCATION OF BODY**

| 1 LAST NAME, FIRST, MIDDLE | | 2 RESIDENCE ADDRESS | / APT. # / CITY / ZIP CODE | | 3 RES. PHONE ( ) | 4 BUS. PHONE ( ) |
|---|---|---|---|---|---|---|
| 5 BUSINESS ADDRESS / CITY / ZIP CODE | | | 6 USUAL OCCUPATION | 7 INJURED YES NO FATAL | | 8 CITIZENSHIP |
| 9 NICKNAME | 10 A/J | 11 DOB/AGE A J | 12 RACE/SEX | 13 HGT. | 14 WGT. | 15 EYE COLOR | 16 HAIR COLOR |

**17 CLOTHING, JEWELRY, MANNERISMS, CHARACTERISTICS**

**18 SCARS, MARKS, TATTOOS, DEFORMITIES: DESCRIBE & LOCATION OF BODY**

| 1 HAIR LENGTH | 2 HAIR STYLE | 3 FACIAL HAIR | 4 COMPLEXION | 5 TEETH | 6 APP/DEMEANOR | 7 SPEECH | 8 R/L HANDED |
|---|---|---|---|---|---|---|---|
| 1 2 1 - LONG | 1 2 1 - AFRO/NATURAL | 1 2 1 - CLEANSHAVEN | 1 2 1 - LIGHT | 1 2 1 - BROKEN | 1 2 1 - DIRTY | 1 2 1 - ACCENT | 1 2 1 - RIGHT |
| 1 2 2 - MEDIUM | 1 2 2 - BRAIDED | 1 2 2 - FULL BEARD | 1 2 2 - MEDIUM | 1 2 2 - BUCK TEETH | 1 2 2 - FLASHY | 1 2 2 - RAPID | 1 2 2 - LEFT |
| ● 2 3 - SHORT | 1 2 3 - BUSHY | 1 2 3 - FU MANCHU | ● 2 3 - DARK | 1 2 3 - DECAYED | 1 2 3 - NEAT | 1 2 3 - SLOW | 1 2 3 - UNKNOWN |
| 1 2 4 - RECEDING | 1 2 4 - DIRTY/GREASY | 1 2 4 - FUZZ | 1 2 4 - RUDDY | 1 2 4 - DIRTY | 1 2 4 - ANGRY | 1 2 4 - LOUD | |
| 1 2 5 - BALDING | 1 2 5 - DREADLOCKS | ● 2 5 - GOATEE | 1 2 5 - TANNED | 1 2 5 - GOLD | 1 2 5 - CALM | 1 2 5 - SOFT | |
| 1 2 6 - BALD | 1 2 6 - PROCESSED | 1 2 6 - LOWER LIP | 1 2 6 - MULATTO | 1 2 6 - GOLD LINED | 1 2 6 - COCKY | 1 2 6 - LISPS | |
| | 1 2 7 - STYLED | 1 2 7 - MUSTACHE | 1 2 7 - ALBINO | 1 2 7 - GOLD DESIGN | 1 2 7 - DRUNK | 1 2 7 - NASAL | 9 BUILD |
| | 1 2 8 - UNCOMBED | 1 2 8 - SIDEBURNS | 1 2 8 - ACNE | 1 2 8 - MISSING | 1 2 8 - NERVOUS | 1 2 8 - RASPY | 1 2 1 - LIGHT |
| | 1 2 9 - WAVY/CURLY | 1 2 9 - UNSHAVEN | 1 2 9 - FRECKLED | 1 2 9 - VERY WHITE | 1 2 9 - VIOLENT | 1 2 9 - STUTTER | ● 2 2 - MEDIUM |
| | 1 2 0 - OTHER | 1 2 0 - OTHER | 1 2 0 - OTHER | 1 2 0 - OTHER | 1 2 0 - OTHER LOUD | 1 2 0 - OTHER | 1 2 3 - HEAVY |

| 1 MISSING PERSON CODE | 2 TYPE MISSING | 3 RECOVERY INFORMATION | |
|---|---|---|---|
| 1 2 1 - MISSING | 1 2 1 - RUNAWAY | 1 2 1 - ENDANGERED | 1 2 0 - N/A | 1 2 6 - RETURNED TO PARENT/GUARDIAN |
| 1 2 2 - RECOVER OOT MISSING | 1 2 2 - PARENTAL | 1 2 2 - DISASTER VICTIM | 1 2 1 - VOLUNTARY | 1 2 7 - DECEASED |
| 1 2 3 - MISSING AND RECOVERED | 1 2 3 - INVOLUNTARY | 1 2 3 - VOLUNTARY ADULT | 1 2 2 - LOCATED—NOT RETURNED | 1 2 9 - OTHER |
| | 1 2 4 - DISABLED | 1 2 4 - UNKNOWN | 1 2 3 - HOSPITALIZED | |
| 4 FOUL PLAY SUSPECTED? | 5 PERSON MISSING PREVIOUSLY? | 1 2 4 - HRS CUSTODY | |
| 1 2 1 - YES | 1 2 1 - YES | 1 2 5 - LAW ENFORCEMENT CUSTODY | |
| 1 2 2 - NO | 1 2 2 - NO | | |
| | 1 2 3 - UNKNOWN | | |

| 1 VEHICLE CODES | S STOLEN | X SEIZED | F FAILED TO RETURN | 2 VEHICLE/VESSEL TYPE | |
|---|---|---|---|---|---|
| | A ABANDONED | R RECV'D FOR OTHER AGENCY | M MPD STOLEN AND/OR RECV'D | 1 AUTO | 4 CAMPER/RV | 7 BOAT |
| | I IMPOUNDED | H RETURNED TO OWNER | O OTHER (ARSON/DAMAGE) | 2 TRUCK/VAN | 5 BUS | 8 AIRCRAFT |
| | U USED IN CRIME | V VICTIM/LARC OR ATT-ATT 22 (IF DAMAGED, USE "D") | | 3 MOTORCYCLE | 6 TRAILER | 9 OTHER |

| 3 VIN # / HULL # | | 4 DECAL # | 5 HOW WAS VIN/HULL ACQUIRED? |
|---|---|---|---|
| 6 MAKE | 7 MODEL | 8 YR. | 9 BODY STYLE | 10 LIC. #/TAG #/VESSEL REG. | 11 YR. | 12 STATE |

**13 VEHICLE COLOR**

**COLOR RANGE**

| TOP BOTTOM | | TOP BOTTOM | | 14 SPECIAL VEHICLE FEATURES | | TOTAL # OF VEHICLES |
|---|---|---|---|---|---|---|
| 1 1 - BLACK | | 10 10 - RED/MAROON | | **CODE FEATURE** | | 0 0 |
| 2 2 - DARK BLUE | | 11 11 - PINK | | 1 LEVEL ALTERED | 10 DAMAGE TO REAR | 1 1 |
| 3 3 - LT. BLUE/AQUA/TURQUOISE | | 12 12 - BEIGE/TAN | | 2 STICKER/DECAL ON BODY/BUMPER | 11 DAMAGE TO SIDE | 2 2 |
| 4 4 - DARK BROWN | | 13 13 - WHITE | | 3 STICKER/DECAL ON WINDOW | 12 BODY PARTS DIFFERENT COLORS | 3 3 |
| 5 5 - LT. BROWN/BRONZE/COPPER | | 14 14 - YELLOW | | 4 RUST OR PRIMER SPOTS | 13 VINYL TOP | 4 4 |
| 6 6 - PURPLE | | 15 15 - ORANGE/GOLD | | 5 PAINTED INSCRIPTION ON BODY | 14 EXTRA ANTENNA(S) OR MIRROR | 5 5 |
| 7 7 - DARK GREEN | | 99 99 - OTHER/UNKNOWN | | 6 DECORATIVE PAINT | 15 SPECIAL RIMS/TIRES | 6 6 |
| 8 8 - LT. GREEN/LIME/OLIVE | | | | 7 MISSING PARTS | 16 LOUD MUFFLER | 7 7 |
| 9 9 - GRAY/SILVER | | | | 8 WINDOW BROKEN | 99 OTHER/DESCRIBE BELOW | 8 8 |
| | | | | 9 DAMAGE TO FRONT | | 9 9 |

**15 ADDITIONAL DESCRIPTION**

**16 TAG COMES BACK TO: NAME, ADDRESS, STATE, ETC.**

| 17 DOORS LOCKED? YES NO | 18 WINDOWS CLOSED? YES NO | 19 KEY IN IGNITION? YES NO | 20 FINANCED BY | 21 DATE OF LAST PAYMENT | 22 INSURANCE COMPANY |
|---|---|---|---|---|---|
| 23 PERSON LAST DRIVING VEH. | 24 R/S | 25 DOB/AGE | 26 RESIDENCE ADDRESS (ZIP) PHONE | 27 BUSINESS ADDRESS (ZIP) PHONE | |

| 28 LOCATION OF RECOVERY OF M.V. | 29 RECOVERY MILEAGE | 30 STRIPPED? YES NO | 31 DISPOSITION OF VEHICLE T TOWED O OWNER |
|---|---|---|---|
| 32 CONDITION G GOOD P POOR F FAIR S STRIPPED | 33 VEHICLE TOWED BY/WHEERE? | 34 IF OOT RECOVERY — MSG. # AUTHORITY | |

| 1 ID REQUESTED? YES NO | 2 SCENE PROCESSED? YES NO | 3 WAS PHYSICAL EVIDENCE OBTAINED FROM THE SCENE? YES NO |
|---|---|---|
| 4 LATENTS YES NO | 5 EVIDENCE TO PROPERTY UNIT YES | 6 ID TECHNICIAN / PIN # / UNIT # | 7 ID TECHNICIAN / PIN # / UNIT # | 8 FIRST OFFICER ON SCENE / PIN # / UNIT # |
| 5 PHOTOS ● YES NO | | | | |

**DRUG ACTIVITY**

| | DRUG TYPE | |
|---|---|---|
| ● A N/A | K DISPENSE/DISTRIBUTE | S SELL | ● N/A | E HEROIN | P PARAPHERNALIA EQUIPMENT |
| B BUY | M MANUFACTURE/PRODUCE/CULTIVATE | T TRAFFIC | A AMPHETAMINE | H HALLUCINOGEN | S SYNTHETIC |
| D DELIVER | P POSSESS | U UNKNOWN | B BARBITUATE | M MARIJUANA | U UNKNOWN |
| E USE | S SMUGGLE | Z OTHER | C COCAINE | O OPIUM/DERIVATIVE | Z OTHER |

## CRIMES AGAINST PROPERTY M.O.

**1 ENTRY**

| ENTRY | | EXIT |
|---|---|---|
| 10 | FRONT | 10 |
| 20 | REAR | 20 |
| 30 | SIDE | 30 |

| 1 | DOOR | 1 |
|---|---|---|
| 2 | WINDOW | 2 |
| 3 | SLIDING DOOR | 3 |
| 4 | DUCT/VENT | 4 |
| 5 | ADJ. BUILDING | 5 |
| 6 | ROOF | 6 |
| 7 | WALL | 7 |
| 8 | GARAGE DOOR | 8 |
| 9 | OTHER/UNKNOWN | 9 |

**2 PROPERTY TARGETS**
1. BUSINESS MACHINES
2. BEER/LIQUOR
3. CIGARETTES
4. GAS/CHECK MACHINES
5. CLOTHING
6. ELECTRONICS
7. FIREARMS
8. FOOD
9. JEWELRY
10. TOOLS
99. OTHERS

**3 METHOD OF BREAKING**
1. BREAK OUT GLASS
2. BREAK/REMOVE DOOR PANEL
3. CUT/BREAK LOCK
4. CHOP/SMASH
5. CUT/BREAK SCREEN
6. HIDE IN BUILDING
7. KICK/PUSH
8. PICK LOCK
9. PRY/SMASH
10. REMOVE JALOUSIE
11. REMOVE AIR COND/FAN
12. REMOVE WINDOW/DOOR
13. SMASH GLASS—TAKE MERCHANDISE
14. UNLOCKED/NO FORCE
99. OTHER

**4 INSTRUMENT USED**
1. BOLT CUTTER
2. BRICK/ROCK
3. CHANNEL LOCKS/VISE GRIPS
4. CHOPPING TOOL
5. CUTTING TOOL
6. CUTTING TORCH
7. FEET
8. HAMMER
9. KEY
10. PRYING TOOL
11. SAW/DRILL
12. SCREWDRIVER
13. TAPE
14. VEHICLE
99. OTHER

**5 PREMISES SECURED**

DATE:

TIME:

**6 TYPE OF PROTECTION**
1. LOCKS
2. BARS
3. SILENT ALARM
4. AUDIBLE ALARM
5. LISTENING DEVICE
6. MOTION DETECTOR
9. OTHER

**7 BURGLARY ELEMENTS**
1. ALARM INOPERATIVE
2. BURGLARIZED DURING LAST 12 MONTHS
3. ADMITTED STRANGER OR TRADESMAN DURING PAST 7 DAYS (RES. BURGLARY)
4. TELEPHONE SURVEY, UNUSUAL CALLS, WRONG NUMBER, HANG-UPS DURING PAST 7 DAYS
5. TENTED, UNDER CONSTRUCTION
6. SAFE OPENED/ATTEMPTED
9. OTHER

**7 BURGLARY ELEMENTS**
1. ATE/DRANK ON PREMISES
2. BROKE INTO COIN OPERATED MACHINE
3. BURGLARY NOT COMPLETED
4. DEFEATED/ATTEMPTED TO DEFEAT ALARM
5. DEFECATED
6. DISTRACTED VICTIM
7. IMPERSONATION
8. KNEW LOCATION OF HIDDEN CASH
9. LEFT TOOLS ON SCENE
10. MALICIOUS DESTRUCTION
11. NEATLY SEARCHED
12. PIGEON DROP
13. RANSACKED ENTIRELY
14. RANSACKED PORTION
15. REMOVE PRINTS/WORE GLOVES
16. TRICKERY
17. TRIPPED ALARM AND RETURNED LATER
18. TURNED LIGHTS OFF—ON
19. USED TOOLS FOUND AT THE SCENE
99. OTHER

**9 CRIME SCENE INFO.**
ID REQUESTED?
    YES    NO
IF NO EXPLAIN WHY
1. SCENE WET
2. ALREADY CLEANED BY VICTIM
3. SURFACE NOT CONDUCTIVE TO PRINTS
4. CONTAMINATION EXPLAIN IN NARR.

**10 VICTIM WAS**
1. HOME    3. VACATION
2. WORK    4. GONE

## CRIMES AGAINST PERSONS M.O.

**1 TELEPHONE**
1. CALLED VICTIM (BEFORE/AFTER)
2. PULLED OUT CORD
3. SUSPECT USED VICTIM'S PHONE
4. USED CORD TO TIE VICTIM
9. OTHER

**2 SUSPECT'S ACTION (ROBBERY ONLY)**
1. ASSAULTED VICTIM
2. ASK FOR OR BUYS MERCHANDISE
3. APOLOGETIC
4. DEMANDED JEWELRY
5. MADE THREATS
6. OTHER THEFT INVOLVED
7. PROSTITUTION INVOLVED
8. PURSE SNATCH
9. PUT MONEY IN BAG
10. SEX ACT INVOLVED
11. SHOTS FIRED
12. USED LOCKOUT
13. USED MASK
14. USED NOTE
15. USED STOLEN CAR
99. OTHER

**3 VICTIM IS (WAS)**
1. ABOUT TO ENTER HOME
2. ALONE
3. ELDERLY
4. GAMBLING
5. GOING TO BANK
6. HANDICAPPED
7. INTOXICATED
8. OPENING/CLOSING BUSINESS
9. RETARDED
99. OTHER

**4 FORCED VICTIMS TO**
1. DISROBE
2. ENTER CAR TRUNK
3. ENTER RESTROOM
4. GET MONEY FROM BANK, FAMILY, ETC
5. GO TO ANOTHER LOCATION
6. LIE DOWN
7. OPEN SAFE
8. PUT PROPERTY IN SACK
9. REAR OF BUILDING

**5 FORCE USED ON VICTIMS**
1. ABDUCTS
2. BLINDFOLD VICTIM
3. BOUND VICTIM
4. BIT VICTIM
5. COVERED VICTIM'S FACE
6. CHOKED VICTIM
7. CUT/STABBED VICTIM
8. GAG VICTIM
9. HIT VICTIM
10. SHOT VICTIM
11. THREATS ONLY
99. OTHER

**6 IMPERSONATED**
1. CUSTOMER
2. DELIVERY PERSON
3. DISABLED MOTORIST
4. DRUNK
5. EMPLOYEE/EMPLOYER
6. FRIEND
7. INJURED
8. POLICE/LAW
9. RELATIVE
10. RENTER
11. REPAIRMAN
12. SALESMAN
13. SEEKING AID
14. SOLICITING
15. SURVEYING
99. OTHER

**7 SOLICITED, OFFERED**
1. AID FOR CAR
2. ASSISTANCE/INFORMATION
3. CIGARETTE
4. COIN GAME
5. DRUGS
6. FOOD, DRINKS, CANDY
7. GIFT/PRIZE
8. MONEY
9. PROSTITUTION/SEX
10. RIDE
11. USE OF PHONE
99. OTHER

**8 CHARACTERISTIC OF SUSPECT (SEX CRIMES ONLY)**
1. ANAL SEX
2. APOLOGETIC
3. CHILD MOLEST
4. EJACULATED
5. FOUL LANGUAGE
6. GENTLE
7. MAKES THREATS
8. ORAL SEX
9. MASTURBATED
10. RAPED MORE THAN ONCE
11. RIPPED OUT CLOTHES
12. UNABLE TO ACHIEVE ERECTION
13. UNUSUAL ODOR (BODY ODOR, SMELLED GOOD, ETC.)
14. USED LUBRICANT
15. USED VICTIM'S NAME
16. VIOLENT
99. OTHER

| STATUS TYPE | 1 FORGED | 3 COUNTERFEIT | 7 FORGED AND UTTERED | 8 COUNTERFEITED AND UTTERED |
|---|---|---|---|---|
| TYPE | 1 CHECK | 3 MONEY ORDER | 5 ATM/DEBIT CARD | 7 PRESCRIPTION | 9 OTHER |
| | 2 CREDIT CARD | 4 BOND/CERTIFICATE | 6 IDENTIFICATION | 8 TRAVELERS CHECKS | |

### CHECK

| 1 CHECK NO. | 2 AMOUNT |
|---|---|
| **3 CHECK PAYABLE TO** | **4 DATE OF DOCUMENT** |
| **5 BANK DRAWN ON** | **6 SIGNATURE ON FACE (MAKER)** |
| **7 ACCOUNT NUMBER** | **8 OWNER OF CHECK (PERSON OR COMPANY)** |

**CRIME SCENE SPECIFICS**
1. CAN OFFENDER BE IDENTIFIED?    YES    NO
2. OWNER OF CHECK NOTIFIED?    YES    NO
   IF YES, NAME
3. THEFT VERIFIED?    YES    NO
   IF YES, CASE NUMBER                      P.D.
4. WAS OFFENDER ENDORSEMENT OBSERVED?    YES    NO
5. WAS OFFENDER(S) PHOTOGRAPHED?    YES    NO
6. FORGERY AFFIDAVIT OBTAINED?    YES    NO
7. HAVE THE ORIGINAL DOCUMENTS BEEN PROTECTED FOR EVIDENTS?
   YES    NO    WHERE?

**TYPE OF IDENTIFICATION USED**

| 9 DRIVERS LICENSE # | 10 STATE |
|---|---|
| **11 OTHER I.D. (DESCRIBE, INCLUDE #'s, PHOTO I.D. ETC.)** | **12 COMPANY NAME** |

**CREDIT CARDS**

| | 13 CARD NUMBER | 14 ISSUED TO |
|---|---|---|

OFFICER ASSAULTED/KILLED

**INCIDENT NUMBER**
3 1 8 3 4 1

PIN #

**1 INCIDENT TYPE**
(1) OFFICER KILLED FELONIOUS
(2) OFFICER KILLED ACCIDENT OR NEGLIGENCE
(3) OFFICER ASSAULTED, NO INJURY
(4) OFFICER ASSAULTED, MINOR INJURY
(5) OFFICER ASSAULTED, SERIOUS INJURY

**2 OFFICER ACTIVITY**
(1) RESPONDING TO DISTURBANCE
(2) BREAKING AND ENTERING IN PROGRESS OR PURSUING B AND E SUSPECT
(3) ROBBERY IN PROGRESS OR PURSUING ROBBERY SUSPECT
(4) ATTEMPTING OTHER ARREST
(5) CIVIL DISORDER
(6) DOMESTIC DISTURBANCE
(7) HANDLING, TRANSPORTING, CUSTODY OF PRISONERS
(8) INVESTIGATING SUSPICIOUS PERSONS OR CIRCUMSTANCES
(9) AMBUSH, NO WARNING
(10) ASSAILANT MENTALLY DERANGED
(11) TRAFFIC PURSUIT OR STOP
(12) OTHER

**3 TYPE OF ASSIGNMENT**
(1) ONE PERSON, VEHICLE ALONE
(2) ONE PERSON, VEHICLE, ASSISTED
(3) TWO PERSON, VEHICLE
(4) DETECTIVE OR SPECIAL ASSIGNMENT, ALONE
(5) DETECTIVE OR SPECIAL ASSIGNMENT, ASSISTED
(6) TRAFFIC/MOTORCYCLE OFFICER
(7) OTHER, ALONE
(8) OTHER, ASSISTED

**4 (ANSWER ALL QUESTIONS)**  Y  N  UNK  N/A
WAS OFFICER WEARING BODY ARMOR?
DID ARMOR PREVENT SERIOUS INJURY OR FATALITY?
WAS OFFICER AWARE OFFENDER HAD WEAPON?
DID OFFENDER USE OFFICER'S WEAPON?
WAS A FIREARM DISCHARGED BY OFFENDER?

**5 WAS OFFENDER INJURED?** (YES) (NO) (UNK)
EXTENT OF INJURIES TO OFFENDER
(00) N/A   (02) MODERATE   (02) FATAL
(01) MINOR   (03) SERIOUS

DISTANCE FROM OFFICER IN FEET (ESTIMATE)

WAS A FIREARM DISCHARGED BY THE OFFICER?

**6 OFFICER EXPERIENCE (IN YEARS)** _____ AGE _____

**7 OFFICER ASSAULTED BY OFFENDER/SUSPECT #** _____

PROP. CODE  S – STOLEN   R – RECV'D FOR OTHER AGENCY   H – RETURNED TO OWNER   E – EVIDENCE/SEIZED   1 PROPERTY RECEIPT #
F – FOUND   K – PHOTOS TAKEN PROPERTY   Y – MPD STOLEN & REG.
D – DAMAGE (INC. VALUE)   P – PERSONAL   RETURNED TO OWNER   A – ARSON (INC. VALUE)

| 2 PROP. CODE | 3 VIC # | 4 QUAN. | 5 DESCRIPTION OF ARTICLE SERIAL #, MODEL, BRAND NAME, ETC. | 6 VALUE | 2 PROP. CODE | 3 VIC # | 4 QUAN. | 5 DESCRIPTION OF ARTICLE SERIAL #, MODEL, BRAND NAME, ETC. | 6 VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**1 WEAPON TYPE USED**
(1) (2) 00 - N/A
(1) (2) 01 - HANDGUN
(1) (2) 02 - RIFLE
(1) (2) 03 - SHOTGUN
(1) (2) 04 - FIREARM
(1) (2) 05 - KNIFE/ CUTTING INST.
(1) (2) 06 - BLUNT OBJECT
(1) (2) 07 - HANDS/FISTS/FEET
(1) (2) 08 - POISON
(1) (2) 09 - EXPLOSIVES
(1) (2) 10 - FIRE/INCENDIARY
(1) (2) 11 - THREAT/INTIMIDATION
(1) (2) 12 - SIMULATED
(1) (2) 13 - DRUGS
(1) (2) 80 - UNKNOWN
(1) (2) 99 - OTHER (NARR.)

**2 WEAPON FEATURES**
(1) (2) 01 - CHROME/NICKEL
(1) (2) 02 - BLUE STEEL
(1) (2) 03 - AUTOMATIC
(1) (2) 04 - REVOLVER
(1) (2) 05 - SHORT BARREL
(1) (2) 06 - LONG BARREL
(1) (2) 07 - DOUBLE BARREL
(1) (2) 08 - SINGLE BARREL
(1) (2) 09 - SAWED OFF
(1) (2) 10 - PUMP
(1) (2) 11 - BOLT ACTION
(1) (2) 12 - ALTERED STOCK
(1) (2) 13 - LG. BORE
(1) (2) 14 - SM. BORE
(1) (2) 15 - OTHER DESCRIBE

| 3 CALIBER/GAUGE | 4 MAKE | 5 SERIAL # | 6 BARREL LENGTH | 7 MODEL # | 8 COLOR | 9 TYPE OF GRIPS | 10 BUTT # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**NARRATIVE:**

THE VICTIM & OFFENDER LIVE IN THE SAME HOUSE. THERE ARE RULES TO LIVING IN THE HOUSE AND ONE RULE IS NO TWO PEOPLE LIVING IN THE HOUSE CAN SLEEP TOGETHER IN THE SAME ROOM. THE OFFENDER WAS UPSET WHEN THE VICTIM REMINDED HIM, THE SUSPECT, THAT HE COULD NOT SLEEP WITH ANOTHER ROOMATE WHO RECENTLY CAME INTO THE HOUSE. THE OFFENDER BECAME LOUD AND STRUCK THE VICTIM IN THE FACE SEVERAL TIMES LEAVING SCRATCHES AND RED MARKS IN THE VICTIM'S FACE.

Mark Reflex® by NCS EM-154334-2:1312111098   GS03   Printed in U.S.A.

PLEASE DO NOT WRITE IN THIS AREA

416820