UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:07-22370-CIV-COOKE/BROWN

FLAVA WORKS, INC.,
a Florida Corporation doing business as
COCODORM.COM, and ANGEL BARRIOS,

    Plaintiffs/Petitioners,
vs.

CITY OF MIAMI, FLORIDA,
a Florida municipal corporation; and
CITY OF MIAMI CODE ENFORCEMENT
BOARD,

    Defendants/Respondents.
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

THIS MATTER is before the Court on Defendants CITY OF MIAMI and CITY OF MIAMI CODE ENFORCEMENT BOARD's Unopposed Motion for Extension of Time to Reply to Plaintiffs' Response to Defendants' Motion to Dismiss.  Defendants ask to extend the time to file the Reply to and including February 13, 2008.  Plaintiff does not object to this extension.  Accordingly, it is hereby

ORDERED THAT Defendants' Unopposed Motion for Extension of Time to Reply to Plaintiffs' Response to Defendants' Motion to Dismiss is GRANTED. Defendants have until and including February 13, 2008 to file the reply.

DONE AND ORDERED in Miami, Florida, this ____ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record