



UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**FLAVA WORKS, INC.,**
A Florida Corporation doing business as
COCODORM.COM, and
**ANGEL BARRIOS,**

CASE NO.: 07-22370-civ-MGC

Plaintiffs/Petitioners,

v.

**CITY OF MIAMI, FLORIDA,**
A Florida municipal corporation; and
**CITY OF MIAMI CODE ENFORCEMENT
BOARD,**

Defendants/Respondents.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Mirta Desir, for purposes of appearance as co-counsel on behalf of Flava Works, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mirta Desir to receive electronic filings in this case, and in support thereof states as follows:

1. Mirta Desir is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of New York.

2. Movant, Jonathan J. Warrick, Esquire, of the law firm of the Law Office of Jonathan J. Warrick, P.A. (1045 NE 82nd Terrace, Miami, FL 33138, phone: 305-206-0022) is a member in good standing of the The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct

the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mirta Desir has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Mirta Desir, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mirta Desir at email address: mdesir@gmail.com

WHEREFORE, Jonathan J. Warrick, moves this Court to enter an Order allowing Mirta Desir, to appear before this Court on behalf of Flava Works, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to both the undersigned and Mirta Desir.

Date: September 27, 2010

Respectfully submitted,

By /s Jonathan J. Warrick
Jonathan J. Warrick, Esq.
FBN: 37248
General Counsel and Attorney for Plaintiff
Flava Works, Inc.
2610 North Miami Avenue
Miami, Florida 33127
Telephone: (305) 206-0022
Facsimile: (305) 751-9652
Email: jon@warricklaw.com

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**FLAVA WORKS, INC.,**
A Florida Corporation doing business as
COCODORM.COM, and
**ANGEL BARRIOS,**

CASE NO.: 07-22370-civ-MGC

Plaintiffs/Petitioners,

v.

**CITY OF MIAMI, FLORIDA,**
A Florida municipal corporation; and
**CITY OF MIAMI CODE ENFORCEMENT
BOARD,**

Defendants/Respondents.
_____/

## CERTIFICATION OF MIRTA DESIR

Mirta Desir, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the New York State Bar.

_____
Mirta Desir
New York State Bar ID: 4805057

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was filed using with the Court using CM/ECF and served to all persons listed on the attached service list by US mail, first class, pre-postage paid on this 28th day of September, 2010.

Respectfully submitted,

By:/s/Jonathan J. Warrick
Jonathan J. Warrick, Esq.
FBN: 37248
General Counsel and Attorney for Plaintiff
Flava Works, Inc.
2610 North Miami Avenue
Miami, Florida 33127
Telephone:   (305) 206-0022
Facsimile:    (305) 751-9652
Email: jon@warricklaw.com

## SERVICE LIST

**Daniel Robert Aaronson & James Scott Benjamin**
Benjamin & Aaronson
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394-2843
954-779-1700
Fax: 779-1771
Email: danaaron@bellsouth.net; sexlaw@bellsouth.net

**John Anthony Greco**
City of Miami
Office of the City Attorney
444 S.W. 2nd Avenue,
Suite 945
9th Floor
Miami, FL 33130-1910
305-416-1850
Fax: 305-416-1801
Email: jagreco@miamigov.com

**Warren Bittner**
Miami City Attorney's Office
444 SW 2nd Avenue
Suite 945
Miami, FL 33130-1910
305-416-1800
Fax: 416-1801
Email: wrbittner@miamigov.com

**Victoria Mendez**
Office of the City Attorney
444 SW 2nd Avenue, Suite 945
Miami, FL 33136-2111
305-416-1800
Fax: 547-0509
Email: vmendez@miamigov.com