UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**FLAVA WORKS, INC.,**
A Florida Corporation doing business as
COCODORM.COM, and
**ANGEL BARRIOS,**

CASE NO.: 07-22370-civ-MGC

       Plaintiffs/Petitioners,

v.

**CITY OF MIAMI, FLORIDA,**
A Florida municipal corporation; and
**CITY OF MIAMI CODE ENFORCEMENT BOARD,**

       Defendants/Respondents.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION AND STIPULATION FOR SUBSTITUTION OF COUNSEL

The Court having reviewed the record and being duly advised of the facts, it is hereby,

ORDERED AND ADJUDGED:

1. Jonathan J. Warrick, Esq. of the Law Office of Jonathan J. Warrick, P.A. is hereby substituted as counsel of record in place of James S. Benjamin and Daniel S. Aaronson, Esq. of Benjamin & Aaronson, P.A. on behalf of Plaintiffs, **FLAVA WORKS, INC. and ANGEL BARRIOS**, in the above-referenced matter.
2. All future papers in this action shall be served upon Jonathan J. Warrick, 2610 North Miami Avenue, Miami, FL 33127 from the date of this Order until and unless ordered otherwise.

Done and Ordered in Miami, FL on this 30th Day of September, 2010.

_____
Honorable Judge Marcia G. Cooke

Copies: Counsel of Record