UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22370-Civ-COOKE/BANDSTRA

FLAVA WORKS, INC., *et al.*,

    Plaintiffs

vs.

CITY OF MIAMI, FLORIDA, *et al.*,

    Defendants.

_____/

## ORDER RE-OPENING CASE AND RE-REFERRING CASE TO MAGISTRATE JUDGE

THIS MATTER is before me on the Opinion of the Eleventh Circuit Court of Appeals. *Flava Works, Inc. v. City of Miami, Fla.*, 609 F.3d 1233 (11th Cir. 2010). After entering partial judgment in favor of the City of Miami on the state law claim that Flava Works was operating a business at the residence, the Court of Appeals remanded this case for further proceedings on the constitutional claims. *Id.* at 1239-40.

The case is re-referred to the Honorable Ted E. Bandstra, United States Magistrate Judge for the Southern District of Florida, for appropriate resolution of all non-dispositive pretrial matters as well as motions for attorney's fees and costs and motions for sanctions, in accordance with 28 U.S.C. §§ 636(b)(1)(A) and (B). Motions *in limine* and any motion affecting deadlines set by the Court's Scheduling Order are excluded from this referral, unless specifically referred by separate order.

The Parties are notified that all subsequent pleadings bearing on matters referred to the Magistrate Judge shall be so designated by setting forth beneath the case number the identity of the Magistrate Judge to which the matter has been referred and the date of the Order of

Reference.

The Clerk is directed to **REOPEN** this matter.

**DONE and ORDERED** in chambers at Miami, Florida, this 30th day of September 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*